IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

JOHN WESLEY SLAGLE,

        Petitioner,    :    Case No. 1:12-cv-839

  - vs -    :    Chief Judge Susan J. Dlott
    Magistrate Judge Michael R. Merz

WARDEN, BELMONT    :
CORRECTIONAL INSTITUTION

    :

        Respondent.

    :

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION**

        The Court has reviewed the Supplemental Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. #19), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendation.

        Accordingly, it is hereby ORDERED that the Petition is DISMISSED with prejudice. Petitioner is also DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would not be taken in objective good faith.

May 29, 2013.        S/Susan J. Dlott
        Susan J. Dlott
        United States Chief Judge